CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
FAYTHEG@POTTERHANDY.COM
    ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Ba&sh America Corp**., a Delaware Corporation, <br><br> Defendants. | Case 8:21-cv-00111-JLS-ADS <br><br> **Plaintiff's Application for Default Judgment by Court Against Ba&sh America Corp.** <br><br> Date: July 30, 2021 <br> Time: 10:30 a.m. <br> Ctrm: 10A (10th Floor) |

To Defendant Ba&sh America Corp., and the attorneys of record, if any: Please take notice that on July 30, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Courtroom 10A, 10th Floor, Plaintiff Brian Whitaker, will present his application for default judgment against defendant Ba&sh America Corp. The Clerk has previously entered the default on Ba&sh America Corp. on February 23, 2021.

1

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Ba&sh America Corp. is a business entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Ba&sh America Corp. has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $4000.00 damages judgment against Defendant Ba&sh America Corp.   and $2,711.50 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendant to provide wheelchair accessible table at the property located at 3333 Bristol St, Costa Mesa, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Ba&sh America Corp. on March 10, 2021, by first class United States Mail, postage prepaid.

Dated: March 10, 2021                    CENTER FOR DISABILITY ACCESS

By: */s/ Faythe Gutierrez*
Faythe Gutierrez, Esq.,
Attorney for Plaintiff

Plaintiff's Application for Default Judgment